UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MANOJ KUMAR ENAGANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-1618-ZMB |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In light of the parties' Joint Stipulation of Dismissal without Prejudice, Doc. 28, the Court **DENIES** as moot Plaintiff Manoj Enaganti's [14] Motion for Preliminary Injunction and the Government's [17] Motion to Dismiss. Further, the Court directs the Clerk of Court to close this case. *See* FED R. CIV. P. 41(a)(1)(A)(ii).

So ordered this 13th day of November 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE